1   Robert R. Brunelli  (*pro hac vice* forthcoming)
    Brian Boerman (*pro hac vice* forthcoming)
2   SHERIDAN ROSS PC
    1560 Broadway, Suite 1200
3   Denver, CO 80202
    Telephone: (303) 863-2961
4   Facsimile: (303) 863-0223
    rbrunelli@sheridanross.com
5   bboerman@sheridanross.com
6
    Denise M. De Mory (SBN 168076)
7   Michael Flynn-O'Brien (SBN 291301)
    BUNSOW DE MORY LLP
8   701 El Camino Real
    Redwood City, CA 94063
9   Telephone: (650) 351-7248
    Facsimile: (415) 426-4744
10  ddemory@bdiplaw.com
    mflynnobrien@bdiplaw.com
11
12  *Attorneys for Defendant*
    *K.MIZRA, LLC*
13

14

15                  **UNITED STATES DISTRICT COURT**

16                 **NORTHERN DISTRICT OF CALIFORNIA**

17

18  NETSKOPE, INC.,                      Case No. 3:25-cv-04833

19              Plaintiff,               **STIPULATION EXTENDING
                                         TIME TO RESPOND TO COMPLAINT**
20       v.

21  K.MIZRA LLC,

22              Defendant.

23

24

25

26

27

28

Pursuant to Local Civil Rule 6-1(a), Plaintiff NETSKOPE, INC. ("Netskope") and Defendant K.MIZRA LLC ("K.Mizra") (collectively "the Parties") hereby stipulate as follows:

WHEREAS, Netskope filed a declaratory judgment in this action on June 6, 2025 (Dkt.1);

WHEREAS, K.Mizra's response to the Complaint is due on July 3, 2025 (Dkt.9);

WHEREAS the Parties have agreed to an extension of time to respond to the Complaint by thirty (30) days, up to and including August 1, 2025;

WHEREAS this is K.Mizra's first request for an extension of time to respond to the Complaint; and

WHEREAS this change will not alter the date of any other event or any other deadline already fixed by Court order.

IT IS HEREBY STIPULATED AND AGREED by and between the Parties that K.Mizra shall have up to and including August 1, 2025 to answer or otherwise respond to the Complaint.


Dated: June 30, 2025                    Respectfully submitted,


*/s/ Thomas Millikan*                   */s/ Michael E. Flynn-O'Brien*
Thomas N. Millikan                      Robert R. Brunelli (*pro hac vice* forthcoming)
TMillikan@perkinscoie.com               Brian Boerman (*pro hac vice* forthcoming)
Joseph P. Reid                          SHERIDAN ROSS PC
JReid@perkinscoie.com                   1560 Broadway, Suite 1200
PERKINS COIE LLP                        Denver, CO 80202
11452 El Camino Real, Suite 300         Telephone: (303) 863-2961
San Diego, CA 92130                     Facsimile: (303) 863-0223
Telephone: 858.720.5700                 rbrunelli@sheridanross.com
Facsimile: 858.720.5799                 bboerman@sheridanross.com

Andrew N. Klein                         Denise M. De Mory (SBN 168076)
AKlein@perkinscoie.com                  Michael Flynn-O'Brien (SBN 291301)
PERKINS COIE LLP                        BUNSOW DE MORY LLP
3150 Porter Drive                       701 El Camino Real
Palo Alto, CA 94304-1212                Redwood City, CA 94063
Telephone: 650.838.4300 Facsimile:      Telephone: (650) 351-7248
650.838.4350                            Facsimile: (415) 426-4744
                                        ddemory@bdiplaw.com
                                        mflynnobrien@bdiplaw.com
*Attorneys for Plaintiff*
*Netskope, Inc.*
                                        *Attorneys for Defendant*
                                        *K.MIZRA LLC*

1

## <u>CERTIFICATE OF SERVICE</u>

2   I hereby certify that on June 30, 2025, a true and correct copy of the above and foregoing

3 document has been served to all counsel of record.

4                  */s/ Michael E. Flynn-O'Brien*

5                  Michael E. Flynn-O'Brien

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28