Robert R. Brunelli (admitted *pro hac vice*)
Brian Boerman (admitted *pro hac vice*)
SHERIDAN ROSS PC
1560 Broadway, Suite 1200
Denver, CO 80202
Telephone: (303) 863-2961
Facsimile: (303) 863-0223
rbrunelli@sheridanross.com
bboerman@sheridanross.com
litigation@sheridanross.com

Denise M. De Mory (SBN 168076)
Michael Flynn-O'Brien (SBN 291301)
BUNSOW DE MORY LLP
701 El Camino Real
Redwood City, CA 94063
Telephone: (650) 351-7248
Facsimile: (415) 426-4744
ddemory@bdiplaw.com
mflynnobrien@bdiplaw.com

Attorneys for Defendant
*K.MIZRA LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NETSKOPE, INC.<br><br>        Plaintiff,<br><br>    v.<br><br>K.MIZRA LLC<br><br>        Defendant. | Case No. 3:25-cv-04833-RS<br><br>**DEFENDANT K.MIZRA LLC'S NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING** |

Pursuant to Civil L.R. 3-13 of the United States District Court for the Northern District of California, Defendant K.Mizra LLC ("Defendant" or "K.Mizra") hereby notifies the Court of the following cases:

*K.Mizra LLC v. Citrix Systems, Inc. and Cloud Software Group, Inc.*, Case No. 0:25-cv-60803-WPD (the "Citrix case"), which is pending in the United States District Court for the Southern District of Florida.

The Citrix case is a patent infringement action alleging that Citrix Systems, Inc. and Cloud Software Group, Inc. (collectively, "Citrix") infringe U.S. Patent No. 8,234,705 ("the '705 Patent"). A copy of the operative Complaint is attached as Exhibit A.

The Complaint was filed on April 24, 2025. Citrix filed a motion to dismiss alleging that the '705 Patent is invalid under 35 U.S.C. § 101 on June 10, 2025. That motion is fully briefed and awaiting resolution by the Court. No scheduling order has been entered.

The Citrix case is related to the current proceeding because they both involve the '705 Patent.

To the extent that this Court finds it has personal jurisdiction over K.Mizra and choses to exercise its discretion to accept subject matter jurisdiction, K.Mizra believes it would be appropriate to transfer this case so that it may be consolidated or otherwise coordinated with the Citrix case for pre-trial matters. This would avoid inconsistent findings on claim construction and/or invalidity issues and would also avoid duplicating efforts by the district courts. Alternatively, K.Mizra submits that it would be appropriate to stay this matter at least until the resolution of the Citrix case.

*K.Mizra LLC v. Google LLC*, Case No.: 1:25-cv-00236-ADA (the "Google case"), which is pending in the United States District Court for the Western District of Texas, Austin Division.

The Google case is a patent infringement action alleging that Google infringes the '705 Patent. A copy of the operative Complaint is attached as Exhibit B.

The Complaint was filed on February 18, 2025. Google filed a motion to dismiss for failure to state a claim in late April. That motion is fully briefed and awaiting resolution by the Court. A scheduling order was entered by the Court on June 17, 2025, and the parties have begun the claim construction process.

The Google case is related to the current proceeding because they both involve the '705 Patent.

K.Mizra does not believe transfer to the Eastern District of Texas Court is appropriate. K.Mizra believes a stay may be appropriate here pending the outcome of the claim construction proceedings in the Google case, as any constructions adopted by the Court in the Google case would likely inform any claim construction proceedings here. A claim construction hearing is currently scheduled for October 27, 2025.

| | |
|---|---|
| Dated: August 1, 2025 | Respectfully submitted, |
| | By: /s/ Michael Flynn-O'Brien |
| | Robert R. Brunelli |
| | (admitted *pro hac vice*) |
| | Brian S. Boerman |
| | (admitted *pro hac vice*) |
| | SHERIDAN ROSS PC |
| | 1560 Broadway, Suite 1200 |
| | Denver, CO 80202 |
| | Telephone: (303) 863-2961 |
| | Facsimile: (303) 863-0223 |
| | rbrunelli@sheridanross.com |
| | bboerman@sheridanross.com |
| | litigation@sheridanross.com |
| | |
| | Denise M. De Mory (SBN 168076) |
| | Michael Flynn-O'Brien (SBN 291301) |
| | BUNSOW DE MORY LLP |
| | 701 El Camino Real |
| | Redwood City, CA 94063 |
| | Telephone: (650) 351-7248 |
| | Facsimile: (415) 426-4744 |
| | ddemory@bdiplaw.com |
| | mflynnobrien@bdiplaw.com |
| | |
| | *Attorneys for Defendant* |
| | *K.Mizra LLC* |