Robert R. Brunelli (*pro hac vice* forthcoming)
Brian Boerman (*pro hac vice* forthcoming)
SHERIDAN ROSS PC
1560 Broadway, Suite 1200
Denver, CO 80202
Telephone: (303) 863-2961
Facsimile: (303) 863-0223
rbrunelli@sheridanross.com
bboerman@sheridanross.com
litigation@sheridanross.com

Denise M. De Mory (SBN 168076)
Michael Flynn-O'Brien (SBN 291301)
BUNSOW DE MORY LLP
701 El Camino Real
Redwood City, CA 94063
Telephone: (650) 351-7248
Facsimile: (415) 426-4744
ddemory@bdiplaw.com
mflynnobrien@bdiplaw.com

Attorneys for Defendant
*K.Mizra LLC*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETSKOPE, INC.<br><br>Plaintiff,<br><br>v.<br><br>K.MIZRA LLC<br><br>Defendant. | Case No. 3:25-cv-04833-RS<br><br>**JOINT STIPULATED REQUEST FOR ENLARGING TIME TO REPLY (CIVIL LOCAL RULE 6-2)** |

Defendant K.Mizra LLC and Plaintiff NetSkope, Inc. hereby stipulate, subject to approval of the Court, as follows.

The parties stipulate to a one-week extension for K.Mizra LLC to file its Reply in Support of Motion to Dismiss (Dkt. 17), extending the time to respond from August 22, 2025 to August 29, 2025 because K.Mizra LLC's counsel is traveling this week.

This would be the first extension in this case regarding this motion. This enlargement of time will not affect any other deadlines or hearing dates in this action. **IT IS SO STIPULATED**, through Counsel of Record.

Dated: August 19, 2025                    Respectfully submitted,

By:  /s/ *Michael Flynn-O'Brien*
Michael Flynn-O'Brien
BUNSOW DE MORY LLP

*Attorneys for Defendant K.Mizra LLC*

By: /s/ *Thomas N. Millikan*
Thomas N. Millikan
PERKINS COIE LLP

*Attorneys for Plaintiff NetSkope, Inc.*

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Michael Flynn-O'Brien, attest that concurrence in the filing of this document has been obtained.

*/s/ Michael Flynn-O'Brien*
Michael Flynn-O'Brien (SBN 291301)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IT IS ORDERED** that the forgoing Agreement is approved

Dated: __August 19__, 2025

_____

The Honorable Richard Seeborg
Chief United States District Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 19, 2025 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

*/s/ Michael Flynn-O'Brien*
Michael Flynn-O'Brien (SBN 291301)

JOINT STIPULATION TO ENLARGE TIME TO REPLY