| | |
|---|---|
| Thomas N. Millikan, Bar No. 234430<br>TMillikan@perkinscoie.com<br>Joseph P. Reid, Bar No. 211082<br>JReid@perkinscoie.com<br>PERKINS COIE LLP<br>11452 El Camino Real, Suite 300<br>San Diego, CA 92130<br>Telephone: 858.720.5700<br>Facsimile: 858.720.5799<br><br>Andrew N. Klein, Bar No. 300221<br>AKlein@perkinscoie.com<br>PERKINS COIE LLP<br>3150 Porter Drive<br>Palo Alto, CA 94304-1212<br>Telephone: 650.838.4300<br>Facsimile: 650.838.4350<br><br>Kevin A. Zeck (admitted *pro hac vice*)<br>KZeck@perkinscoie.com<br>1301 2nd Street, Suite 4200<br>Seattle, WA 98101<br>Telephone: 206.359.3002<br>Facsimile: 206.359.4002<br><br>*Attorneys for Plaintiff*<br>Netskope, Inc. | Robert R. Brunelli (admitted pro hac vice)<br>Brian Boerman (admitted pro hac vice)<br>SHERIDAN ROSS PC<br>1560 Broadway, Suite 1200<br>Denver, CO 80202<br>Telephone: (303) 863-2961<br>Facsimile: (303) 863-0223<br>rbrunelli@sheridanross.com<br>bboerman@sheridanross.com<br>litigation@sheridanross.com<br><br>Denise M. De Mory (SBN 168076)<br>Michael Flynn-O'Brien (SBN 291301)<br>BUNSOW DE MORY LLP<br>701 El Camino Real<br>Redwood City, CA 94063<br>Telephone: (650) 351-7248<br>Facsimile: (415) 426-4744<br>ddemory@bdiplaw.com<br>mflynnobrien@bdiplaw.com<br><br>*Attorneys for Defendant* K.Mizra LLC |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETSKOPE, INC.,<br><br>                        Plaintiff,<br><br>        v.<br><br>K.MIZRA LLC,<br><br>                        Defendant. | Case No. 3:25-cv-04833-RS<br><br>**STIPULATED REQUEST FOR AN ORDER EXTENDING TIME FOR SUPPLEMENTAL BRIEFING ON K.MIZRA'S MOTION TO DISMISS** |

Pursuant to Civil L.R. 6-2, Plaintiff Netskope, Inc. ("Netskope") and Defendant K.Mizra LLC ("K.Mizra"), by and through their counsel, hereby submit this stipulation for an order extending the time for the parties' supplemental briefing on K. Mizra's motion to dismiss.

On September 4, 2025, the Court granted Netskope's request for jurisdictional discovery, with respect to K.Mizra's motion to dismiss, and ordered that jurisdictional discovery be completed by November 28. Dkt. 29. As jurisdictional discovery proceeded, a dispute arose between the parties regarding whether K.Mizra needed to produce emails as part of jurisdictional discovery. Declaration of K. Zeck ¶ 2 ("Zeck Decl."). The parties thereafter reached a compromise: Netskope agreed to provide email search terms to K.Mizra, to search against the email account for K.Mizra's principal, and K.Mizra agreed to produce non-privileged emails hitting on those search terms, on or about December 15, 2025. *Id.*

The deadline for Netskope's supplemental opposition brief, however, is December 12, 2025. Dkt. 29. The parties thus also agreed that the deadlines for supplemental briefing should be extended. Zeck Decl. ¶ 3. Accordingly, and in view of the Christmas and New Years holidays, the parties have stipulated to extend the deadlines for supplemental briefing as follows, and respectfully request that the Court enter an order with these extended deadlines. *Id.*

| Event | Current Deadline | Extended Deadline |
|---|---|---|
| Netskope's Supplemental Opposition to K.Mizra's Motion to Dismiss | 12/12/2025 | 1/9/2026 |
| K.Mizra's Supplemental Response in Support of Its Motion to Dismiss | 12/19/2025 | 1/16/2026 |

This is the second modification of deadlines requested by the parties in this case. On August 19, 2025, the parties filed a stipulated request to extend the timing for K.Mizra's reply brief in support of its motion to dismiss. Dkt. 22. That stipulation sought a one-week extension for K.Mizra to file its reply brief, and was granted by the Court. *Id.*

The present modification requested by the parties will have no impact on any other deadline set in this case. Zeck Decl. ¶ 5.

DATED: December 3, 2025

| | |
|---|---|
| /s/ *Kevin A. Zeck* | /s/ *Robert R. Brunelli (with permission)* |
| Thomas N. Millikan, Bar No. 234430<br>TMillikan@perkinscoie.com<br>Joseph P. Reid, Bar No. 211082<br>JReid@perkinscoie.com<br>PERKINS COIE LLP<br>11452 El Camino Real, Suite 300<br>San Diego, CA 92130<br>Telephone: 858.720.5700<br>Facsimile: 858.720.5799<br><br>Andrew N. Klein, Bar No. 300221<br>AKlein@perkinscoie.com<br>PERKINS COIE LLP<br>3150 Porter Drive<br>Palo Alto, CA 94304-1212<br>Telephone: 650.838.4300<br>Facsimile: 650.838.4350<br><br>Kevin A. Zeck (admitted *pro hac vice*)<br>KZeck@perkinscoie.com<br>1301 2nd Street, Suite 4200<br>Seattle, WA 98101<br>Telephone: 206.359.3002<br>Facsimile: 206.359.4002<br><br>*Attorneys for Plaintiff* Netskope, Inc. | Robert R. Brunelli (admitted *pro hac vice*)<br>Brian Boerman (admitted *pro hac vice)*<br>SHERIDAN ROSS PC<br>1560 Broadway, Suite 1200<br>Denver, CO 80202<br>Telephone: (303) 863-2961<br>Facsimile: (303) 863-0223<br>rbrunelli@sheridanross.com<br>bboerman@sheridanross.com<br>litigation@sheridanross.com<br><br>Denise M. De Mory (SBN 168076)<br>Michael Flynn-O'Brien (SBN 291301)<br>BUNSOW DE MORY LLP<br>701 El Camino Real<br>Redwood City, CA 94063<br>Telephone: (650) 351-7248<br>Facsimile: (415) 426-4744<br>ddemory@bdiplaw.com<br>mflynnobrien@bdiplaw.com<br><br>*Attorneys for Defendant* K.Mizra LLC |