Case 3:25-cv-04833-RS    Document 49    Filed 04/29/26    Page 1 of 3

Robert R. Brunelli (admitted *pro hac vice*)
Brian Boerman (admitted *pro hac vice*)
Matthew C. Holohan (SBN 239040)
SHERIDAN ROSS PC
1560 Broadway, Suite 1200
Denver, CO 80202
Telephone: (303) 863-2961
Facsimile: (303) 863-0223
rbrunelli@sheridanross.com
bboerman@sheridanross.com
mholohan@sheridanross.com
litigation@sheridanross.com

Denise M. De Mory (SBN 168076)
Michael Flynn-O'Brien (SBN 291301)
Eric Carr (SBN 333128)
BUNSOW DE MORY LLP
701 El Camino Real
Redwood City, CA 94063
Telephone: (650) 351-7248
Facsimile: (415) 426-4744
ddemory@bdiplaw.com
mflynnobrien@bdiplaw.com
ecarr@bdiplaw.com

Attorneys for Defendant
*K.MIZRA LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETSKOPE, INC.<br><br>    Plaintiff,<br><br>  v.<br><br>K.MIZRA LLC<br><br>    Defendant. | Case No. 3:25-cv-04833-RS<br><br><br>**DEFENDANT K.MIZRA LLC'S NOTICE OF RENEWED MOTION TO DISMISS (ECF NO. 17)** |

Defendant K.Mizra LLC ("Defendant" or "K.Mizra") hereby renews its Motion to Dismiss, consistent with the Court's Order dated March 31, 2026 (ECF No. 42).

K.Mizra previously filed a Motion to Dismiss (ECF No. 17). On March 31, 2026, the Court denied the Motion to Dismiss without prejudice. (ECF No. 42.) The Court directed the parties "to engage in meet and confer negotiations to attempt to reach agreement as to whether this action should go forward or be dismissed." (*Id.*) The Court further instructed that, if the Parties were unable to agree, K.Mizra could file a notice renewing its motion to dismiss, which would be decided without further briefing or hearing.

Following the Court's Order denying K.Mizra's prior motion without prejudice, the parties met and conferred as directed. The parties have been unable to reach agreement at this time.

Accordingly, and pursuant to the Court's March 31, 2026 Order, K.Mizra renews its Motion to Dismiss. Pursuant to the Court's Order, K.Mizra relies on its previously filed Motion to Dismiss (ECF No. 17), the materials cited therein, and related briefing.

For the reasons set forth in K.Mizra's prior briefing, the action should be dismissed.

DEFENDANT K.MIZRA LLC'S NOTICE OF RENEWED MOTION TO DISMISS (ECF NO. 17)

Dated: April 29, 2026                    Respectfully submitted,

By: */s/ Brian S. Boerman*
        Robert R. Brunelli
        (admitted *pro hac vice*)
        Brian S. Boerman
        (admitted *pro hac vice*)
        Matthew C. Holohan (SBN 239040)
        SHERIDAN ROSS PC
        1560 Broadway, Suite 1200
        Denver, CO 80202
        Telephone: (303) 863-2961
        Facsimile: (303) 863-0223
        rbrunelli@sheridanross.com
        bboerman@sheridanross.com
        mholohan@sheridanross.com
        litigation@sheridanross.com

        Denise M. De Mory (SBN 168076)
        Michael Flynn-O'Brien (SBN 291301)
        Eric Carr (SBN 333128)
        BUNSOW DE MORY LLP
        701 El Camino Real
        Redwood City, CA 94063
        Telephone: (650) 351-7248
        Facsimile: (415) 426-4744
        ddemory@bdiplaw.com
        mflynnobrien@bdiplaw.com
        ecarr@bdiplaw.com

        *Attorneys for Defendant*
        *K.Mizra LLC*

DEFENDANT K.MIZRA LLC'S NOTICE OF RENEWED MOTION TO DISMISS (ECF NO. 17)